UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERONICA FREEMAN,

    Plaintiff,

v.                                       CASE NO. 8:17-cv-1943-T-23TBM

CREDIT ONE BANK, N.A.,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 13), this action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on December 4, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE